IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02610-WJM-MJW

PARK MONACO ASSOCIATION,

Plaintiff(s),

v.

THE TRAVELERS INDEMNITY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Scheduling Order and Stay Discovery Pending Resolution of Real Party In Interest Issue (docket no. 31) is DENIED.  The mere fact that there is a companion case filed in the Arapahoe County District Court does not mandate that this case to be stayed.  Moreover, nothing prevents the parties from settling this case at anytime and nothing prevents the parties from filing a Joint Motion to Dismiss this case at anytime.  The mere fact that the parties may be engaging in settlement discussions in the companion litigation, does not, in and of itself, merit a stay of discovery or a vacation of the Rule 16 Scheduling Order.  Lastly, nothing prevents the parties from filing a motion for administrative closure pursuant to D.C.COLO.LCivR 41.2.

Date:  May 24, 2012