**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02610-WJM-MJW

PARK MONACO ASSOCIATION,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Motion to Dismiss filed June 1, 2012 (ECF No. 39). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 4th day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge